*Ohnemus, Petitioner, v. State, Respondent*, No. 93519-0. Petition for review of a decision of the Court of Appeals, No. 46944-8-II, July 19, 2016, 195 Wn. App. 135. *Denied* December 7, 2016.

*Sims, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 93520-3. Petition for review of a decision of the Court of Appeals, No. 47604-5-II, July 26, 2016, 195 Wn. App. 273. *Denied* December 7, 2016.

*In re Estate of Mower*, No. 93521-1. Petition for review of a decision of the Court of Appeals, No. 46778-0-II, May 3, 2016, 193 Wn. App. 706. *Denied* December 7, 2016.

*Harbord, Petitioner, v. Safeway, Inc., Respondent*, No. 93529-7. Petition for review of a decision of the Court of Appeals, No. 72731-1-I, July 25, 2016, 195 Wn. App. 1012. *Denied* December 7, 2016.

*State, Respondent, v. Parnel, Petitioner*, No. 93534-3. Petition for review of a decision of the Court of Appeals, No. 46995-2-II, August 2, 2016, 195 Wn. App. 325. *Denied* December 7, 2016.

*State, Respondent, v. Britain, Petitioner*, No. 93536-0. Petition for review of a decision of the Court of Appeals, No. 46616-3-II, August 2, 2016, 195 Wn. App. 1029. *Denied* December 7, 2016.

*State, Respondent, v. Smiley, Petitioner*, No. 93540-8. Petition for review of a decision of the Court of Appeals, No. 74130-6-I, July 25, 2016, 195 Wn. App. 185. *Denied* December 7, 2016.

*Simmons, Petitioner, v. Microsoft Corp., Respondent*, No. 93548-3. Petition for review of a decision of the Court of Appeals, No. 73849-6-I, July 5, 2016, 194 Wn. App. 1049. *Denied* December 7, 2016.